UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN JOHNSEN,<br><br>               Plaintiff,<br><br>     v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>               Defendants. | CASE NO. C16-1603 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

    This matter came before the Court on the United States' Motion to Dismiss. Dkt. #4. The Court has reviewed the motion, all evidence submitted in support of the motion, as well as the documents on file, and is otherwise fully informed. The United States has not waived sovereign immunity for claims outside of an employee's scope of employment and Plaintiff's Complaint fails to state a claim for theft or conversion. Plaintiff has failed to file a Response to this Motion, and this failure is construed by the Court as an admission that this Motion has merit. *See* LCR 7(b)(2).

    Therefore, it is hereby **ORDERED** that Defendant's Motion to Dismiss (Dkt. #4) is **GRANTED** and Plaintiff's Complaint is dismissed with prejudice. The Clerk of the Court is directed to enter judgment in favor of Defendant.

ORDER RE:
DEFENDANT'S MOTION TO
DISMISS- 1
CV16-1603-RSM

DATED this 6th day of April 2017.

	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE:
DEFENDANT'S MOTION TO
DISMISS- 2
CV16-1603-RSM